0263-065247                                    RES/cjs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUNE SVATOS by ROBERT SVATOS, Power of Attorney,<br><br>    Plaintiff,<br>v.<br><br>SUNRISE SENIOR LIVING, INC., d/b/a SUNRISE OF PALOS PARK,<br><br>    Defendant. | **FILED: JANUARY 29, 2009**<br>**09CV569**<br>**JUDGE MANNING**<br>**MAGISTRATE JUDGE COLE**<br>**AEE** |

## NOTICE OF REMOVAL

**NOW COMES**, the Defendant, SUNRISE SENIOR LIVING, INC., by and through its attorneys, PRETZEL & STOUFFER, CHARTERED, and hereby removes this civil action, case number 08 L 014231 from the Circuit Court of Cook County, County Department, Law Division, State of Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 USC §§1441 and 1332. In support thereof, the Defendant states as follows:

1. This action was filed against the named Defendant in the Circuit Court of Cook County, County Department, Law Division, State of Illinois on December 29, 2008. A copy of the Complaint was served upon the Defendant, SUNRISE SENIOR LIVING, INC., on January 8, 2009. This notice is filed within 30 days after service of the Complaint upon this Defendant

2. At the time the action was commenced, Plaintiff, JUNE SVATOS, was a citizen of the State of Illinois.

3. At the time this action was commenced, Defendant, Sunrise Senior Living, Inc., was a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in the state of Virginia. However, Sunrise Senior Living, Inc. was not

involved in the care of Ms. Svatos and was improperly named as a Defendant.

4. The proper Defendant is the Manager and Licensee of the facility, Sunrise Senior Living Management, Inc. This entity employed all those providing care to Ms. Svatos.

5. Sunrise Senior Living Management, Inc. is a Virginia Corporation with its principal place of business in Virginia.

6. Since the statute of limitations has not expired, the Defendant's attorneys have prepared a Stipulation for Plaintiff to execute to remove the Defendant and to add a proper Defendant.

7. The amount in controversy could exceed $75,000.00, exclusive of interest and costs. Plaintiff contends that Defendant's alleged negligence caused her to suffer great personal injury, physical and mental pain, and that as a result, she is unable to conduct her normal daily affairs of life and has had to expend large sums of money for her medical care and other related expenses. Based on this information, there is a good faith basis to assert that the amount in controversy exceeds the jurisdictional amount.

8. The United States District Courts have original jurisdiction for this civil action under 28 USC §1332.

9. This Notice of Removal is filed in the United States District Court for the Northern District of Illinois, Eastern Division, which is the district and division in which the State action is pending.

10. The Defendants have attached to this Notice copies of process and pleadings that have been served upon it.

**WHEREFORE**, the Defendant, SUNRISE SENIOR LIVING, INC., by and through its attorneys, PRETZEL & STOUFFER, CHARTERED, pray that this cause be removed to the United States District Court for the Northern District of Illinois.

Respectfully submitted,

/s/ Robert E. Sidkey
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, IL 60606
Telephone: (312) 578-7489
Fax: (312) 346-8242
rsidkey@pretzel-stouffer.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

A copy of the **Defendant's Notice of Removal** was filed electronically this **29th day of January**, 2009. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's electronic system.

**ATTORNEY FOR PLAINTIFF**
Kurasch & Klein, Ltd.
100 N. LaSalle St., Suite 2005
Chicago, Illinois 60602
(312) 372-7250
(312) 372-7254 - fax

Respectfully submitted,

/s/Robert E. Sidkey
PRETZEL & STOUFFER, CHARTERED
One S. Wacker Drive
Suite 2500
Chicago, IL 60606
Telephone: (312) 578-7489
Fax: (312) 346-8242
rsidkey@pretzel-stouffer.com
*Attorney for Defendant*

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JUNE SVATOS by ROBERT SVATOS, Power of Attorney, ) ) ) Plaintiff, ) ) v. ) No. ) ) SUNRISE SENIOR LIVING, INC., ) d/b/a SUNRISE OF PALOS PARK, ) ) Defendant. ) | 2008L014231 CALENDAR/ROOM X TIME 00:00 Medical Malpractice |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, JUNE SVATOS, by ROBERT SVATOS, her son and next friend with Power of Attorney, and by and through attorneys, KURASCH & KLEIN, LTD. and complaining of the Defendant, and alleges as follows:

1. That on September 3, 2007, the Defendant, SUNRISE SENIOR LIVING, INC., a d/b/a SUNRISE OF PALOS PARK, owned, operated, managed, and maintained, or contracted to own, operate, manage, and maintain, a senior living and care facility commonly know as SUNRISE OF PALOS PARK and located at 12828 S. La Grange Road, in the Village of Palos Park, County of Cook, State of Illinois.

2. That Defendant SUNRISE SENIOR LIVING, INC., d/b/a SUNRISE OF PALOS PARK, held itself out as a senior living and care facility that could and would provide for the care and safety of all residents in light of each residents' physical needs and mental condition, as necessary, twenty-four hours a day, seven days a week, including resident JUNE SVATOS.

3. That on or about July 4, 2007, JUNE SVATOS became a resident of SUNRISE OF PALOS PARK located at 12828 S. La Grange Road, in the Village of Palos Park, County of Cook, State of Illinois.

1

4. That on or about July 4, 2007, JUNE SVATOS was admitted as a resident to defendant's "Reminiscence Program for Alzheimer's and Dementia."

5. That on September 3, 2007, JUNE SVATOS, as a resident of said senior living and care facility, was lawfully on the premises of said senior living and care facility.

6. That the Defendants knew of the decedent's physical and mental conditions prior to September 3, 2007.

7. That at all times herein, the decedent, JUNE SVATOS, exercised ordinary and due care for her own safety under Illinois Law.

8. That at all times herein, the Defendant, individually, and by and through its agents, employees, and assigns, were under a duty to exercise that standard of care required under Illinois Law toward the Plaintiff and in the operation of said senior living and care facility, and further had a duty there under to monitor and supervise all residents to avoid allowing co-residents to behave in such a manner as to be a danger to others around them and in particular toward the Plaintiff, in light of the Plaintiff's and other residents' physical and mental conditions, so as not to allow the Plaintiff, JUNE SVATOS, to become injured.

9. That at all times mentioned herein, the Defendant, individually, and by and through their agents, employees, and assigns were under a duty to properly maintain, operate, and manage the premises so as not to allow harm to come to the Plaintiff.

10. That on September 3, 2007, the Defendant, individually, and by and through its agents, employees, and assigns, violated said aforementioned duties and the standard of care required, causing the Plaintiff to become severely injured through one or more of the following negligent acts or omissions:

    (a) Failed to adequately and properly monitor and supervise the residents;

(b) Failed to properly supervise, monitor, control, a particular resident known as Gary, who defendant knew or in the exercise ordinary care would have known had dangerous and violent propensities and was subject to outbursts of a dangerous and violent manner;

(c) Failed to properly manage, maintain, and/or operate the premises;

(d) Failed to protect its residents and in particular the plaintiff.

(e) Failed to properly monitor and care for the plaintiff in light of the plaintiff's physical and mental condition when the Defendants knew or in the exercise of the required standard of care should have know that the plaintiff needed to be so monitored and cared for;

(f) Failed to adequately maintain sufficient staff when Defendants knew or in the exercise of reasonable care should have known that said failure could allow and/or cause the Plaintiff to become injured;

(g) Failed to properly train its staff when Defendants knew or in the exercise of reasonable care should have known that said failure could allow and/or cause the Plaintiff to become injured;

(h) Failed to take proper, sufficient, or adequate measures to ensure the safety of the plaintiff from a resident of whom the defendant knew or should have known had dangerous and violent propensities and was subject to outbursts of a dangerous and violent manner;

(i) Failed to prevent attacks on the plaintiff by another resident on multiple occasions;

(j) Failed to properly care for the plaintiff when the Defendant knew or should have known the level of care decedent required;

11. As a direct and proximate result of one or more of the aforesaid wrongful, careless and negligent acts or omissions of the Defendant, individually and by its employees, agents, and/or assigns, and in consequence thereof, the Plaintiff was then and there severely and permanently injured, and as a result, the Plaintiff, has suffered and will continue to suffer great pain and disability, and has been compelled to expend and become legally liable for large sums of money for medical services and surgery in endeavoring to become cured of her injuries, and

3

she has, and in the future will be, prevented from living her normal daily life as she had prior to the occurrence.

WHEREFORE, Plaintiff JUNE SVATOS, by ROBERT SVATOS, as power of attorney, prays for the entry of a judgment against the Defendant, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000), the jurisdictional limit of the Law Division of the Circuit Court of Cook County, Illinois as deemed fit to adequately compensate the plaintiff for the injuries sustained, plus the costs in bringing this action.

                                       KURASCH & KLEIN, Ltd.

                                       By: _____
                                             Daniel A. Klein

38516
**KURASCH & KLEIN, LTD.**
100 N. LaSalle St., Ste. 2005
Chicago, IL 60602
(312) 372-7250

4

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JUNE SVATOS by ROBERT SVATOS, Power of Attorney, )<br><br>Plaintiff, )<br>v. )<br><br>SUNRISE SENIOR LIVING, INC., a Deleware Corporation, d/b/a SUNRISE OF PALOS PARK, )<br><br>Defendant. ) | No. |

### AFFIDAVIT PURSUANT TO RULE 222(b)

I, DANIEL A. KLEIN, being first duly sworn and upon my oath states as follows:

1. I am the attorney for the Plaintiff, JUNE SVATOS by ROBERT SVATOS.

2. That the total of money damages sought is in an amount in excess of FIFTY THOUSAND ($50,000) DOLLARS.

Further affiant sayeth not.

_____
Daniel A. Klein

Subscribed and sworn to before
me this 29th day of December, 2008.

_____
Notary Public

OFFICIAL SEAL
AGATA WOZNY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-8-2011

**Attorney No. 38516**
**KURASCH & KLEIN, LTD.**
**Attorneys for Plaintiff**
**100 N. LaSalle St., Ste. 2005**
**Chicago, Illinois 60602**
**(312) 372-7250**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| JUNE SVATOS by ROBERT SVATOS, Power of Attorney, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. |
| SUNRISE SENIOR LIVING, INC., a Deleware Corporation, d/b/a SUNRISE OF PALOS PARK, | ) ) ) ) | |
| Defendant. | ) | |

## AFFIDAVIT PURSUANT TO RULE 735 ILCS 5/2-622

Re: JUNE SVATOS

I, Daniel A. Klein, an attorney, being first duly sworn and upon my oath states as follows:

1. That I have consulted and reviewed the facts of this case with a health professional;

2. That said health professional is knowledgeable in the relevant issues involved in this particular action;

3. That said health professional practices, or has practiced within the last 6 years or teaches or has taught within the same area of health care or medicine that is at issue in this action;

4. That said health professional is qualified to review the subject matter of this case by her experience or demonstrated competence as a physician licensed in the State of Illinois to practice Medicine;

5. That said reviewing health care professional has determined in a written report, after a review of the medical record and other relevant material involved in this particular action that there is a reasonable and meritorious cause for filing such action;

6. That on the basis of the reviewing health professional's review and consultation, I believe there is a reasonable and meritorious cause for filing such action.

Further affiant sayeth not.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as matters stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Daniel A. Klein

38516
KURASCH & KLEIN, LTD.
Attorneys for Plaintiff
100 N. LaSalle St., Ste. 2005
Chicago, Illinois 60602
(312) 372-7250

| J2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| **SUMMONS** | **ALIAS SUMMONS** |

(REV.5/1/92)CCG -1

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

JUNE SVATOS by ROBERT SVATOS,
Power of Attorney,

      Plaintiff,

v.

SUNRISE SENIOR LIVING, INC.,
d/b/a SUNRISE OF PALOS PARK,

      Defendant.

No. 2008L014231
CALENDAR/ROOM X
TIME 00:00
Medical Malpractice

**PLEASE SERVE:** Sheriff of Cook County

Sunrise Senior Living, Inc.
d/b/a Sunrise of Palos Park
C/o CT Corporation System, Registered Agent
208 S. LaSalle St., 814
Chicago, IL 60604

### SUMMONS

    YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file appearance, in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602) within 30 days after service of this summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the officer:
    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

DEC 29 2008

WITNESS,............................, 2008.

................................................
Clerk of court    DOROTHY BROWN
                 CLERK OF CIRCUIT COURT

| Name | KURASCH & KLEIN, LTD. |
|---|---|
| Attorney for | Plaintiff |
| Address | 100 N. LaSalle Street, Suite 2005 |
| City | Chicago, Illinois 60602 |
| Telephone | (312) 372-7250 |
| Atty. No. | 38516 |

Date of service:..................., 2008
(To be inserted by officer on copy left with Defendant or other person)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

*Law Division Room 801
Chancery-Divorce Room 802
County Division Room 801
Probate Division Room 1202

 **CT Corporation**

**Service of Process Transmittal**
01/08/2009
CT Log Number 514287497

TO: Kim Wilburn
Sunrise Senior Living, Inc.
7902 Westpark Drive, Legal Department
McLean, VA 22102

RE: **Process Served in Illinois**

FOR: Sunrise Senior Living, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | June Svatos, Power of Attorney, Pltf. vs. Sunrise Senior Living, Inc., etc., Dft. |
| DOCUMENT(S) SERVED: | Summons (2 sets), Complaint, Affidavit(s), Attachment(s) |
| COURT/AGENCY: | Cook County Circuit Court - County Department - Law Division, IL
Case # 2008L04231 |
| NATURE OF ACTION: | Medical Injury - Improper Care and Treatment - 09/3/2007 at facility located at 12828 S.La Grange Road, Cook County, IL |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Chicago, IL |
| DATE AND HOUR OF SERVICE: | By Process Server on 01/08/2009 at 10:30 |
| APPEARANCE OR ANSWER DUE: | Within 30 days after service, not counting the day of service |
| ATTORNEY(S) / SENDER(S): | Daniel A. Klein
Kurasch & Klein, Ltd.
100 N. LaSalle Street
Suite 2005
Chicago, IL 60602
312-372-7250 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex 2 Day, 790149299263
Image SOP
Email Notification, Kim Wilburn kimberly.wilburn@sunriseseniorliving.com
Email Notification, Michael Stein michael.stein@sunriseseniorliving.com
Email Notification, Helen Wilson helen.wilson@sunriseseniorliving.com |
| SIGNED:
PER:
ADDRESS: | C T Corporation System
Jill Duffy-Baricovich
208 South LaSalle Street
Suite 814
Chicago, IL 60604 |
| TELEPHONE: | 312-345-4336 |

Page 1 of 1 / KS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.