IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUNE SVATOS by ROBERT SVATOS, Power of Attorney, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.    09 CV 569 |
| SUNRISE SENIOR LIVING MANAGEMENT, INC., a Virginia Corporation, d/b/a SUNRISE OF PALOS PARK, | ) ) ) | JUDGE MANNING |
| | ) | MAGISTRATE JUDGE COLE |
| Defendant. | ) ) | |

### 1st AMENDED COMPLAINT AT LAW

NOW COMES the Plaintiff, JUNE SVATOS, by ROBERT SVATOS, her son and next friend with Power of Attorney, by and through attorneys, KURASCH & KLEIN, LTD. and complaining of the Defendants, and alleges as follows:

COUNT I – SUNRISE SENIOR LIVING MANAGEMENT, INC.

1.  That on September 3, 2007, the Defendant, SUNRISE SENIOR LIVING MANAGEMENT, INC., a Virginia Corporation, d/b/a SUNRISE OF PALOS PARK, owned, operated, managed, and maintained, or contracted to own, operate, manage, and maintain, a senior living and care facility commonly know as SUNRISE OF PALOS PARK and located at 12828 S. La Grange Road, in the Village of Palos Park, County of Cook, State of Illinois.

2.  That Defendant SUNRISE SENIOR LIVING MANAGEMENT, INC., a Virginia Corporation, d/b/a SUNRISE OF PALOS PARK, held itself out as a senior living and care facility that could and would provide for the care and safety of all residents in light of each residents' physical needs and mental condition, as necessary, twenty-four hours a day, seven days a week, including resident JUNE SVATOS.

3. That on or about July 4, 2007, JUNE SVATOS became a resident of SUNRISE OF PALOS PARK located at 12828 S. La Grange Road, in the Village of Palos Park, County of Cook, State of Illinois.

4. That on or about July 4, 2007, JUNE SVATOS was admitted as a resident to defendant's "Reminiscence Program for Alzheimer's and Dementia."

5. That on September 3, 2007, JUNE SVATOS, as a resident of said senior living and care facility, was lawfully on the premises of said senior living and care facility.

6. That the Defendants knew of the plaintiff's physical and mental conditions prior to September 3, 2007.

7. That at all times herein, the plaintiff, JUNE SVATOS, exercised ordinary and due care for her own safety under Illinois Law.

8. That at all times herein, the Defendant, individually, and by and through its agents, employees, and assigns, were under a duty to exercise that standard of care required under Illinois Law toward the Plaintiff and in the operation of said senior living and care facility, and further had a duty there under to monitor and supervise all residents to avoid allowing co-residents to behave in such a manner as to be a danger to others around them and in particular toward the Plaintiff, in light of the Plaintiff's and other residents' physical and mental conditions, so as not to allow the Plaintiff, JUNE SVATOS, to become injured.

9. That at all times mentioned herein, the Defendant, individually, and by and through their agents, employees, and assigns were under a duty to properly maintain, operate, and manage the premises so as not to allow harm to come to the Plaintiff.

10. That on September 3, 2007, the Defendant, individually, and by and through its agents, employees, and assigns, violated said aforementioned duties and the standard of care

required, causing the Plaintiff to become severely injured through one or more of the following negligent acts or omissions:

      (a) Failed to adequately and properly monitor and supervise the residents;

      (b) Failed to properly supervise, monitor, control, a particular resident known as Gary, who defendant knew or in the exercise ordinary care would have known had dangerous and violent propensities and was subject to outbursts of a dangerous and violent manner;

      (c) Failed to properly manage, maintain, and/or operate the premises;

      (d) Failed to protect its residents and in particular the plaintiff.

      (e) Failed to properly monitor and care for the plaintiff in light of the plaintiff's physical and mental condition when the Defendants knew or in the exercise of the required standard of care should have know that the plaintiff needed to be so monitored and cared for;

      (f) Failed to adequately maintain sufficient staff when Defendants knew or in the exercise of reasonable care should have known that said failure could allow and/or cause the Plaintiff to become injured;

      (g) Failed to properly train its staff when Defendants knew or in the exercise of reasonable care should have known that said failure could allow and/or cause the Plaintiff to become injured;

      (h) Failed to take proper, sufficient, or adequate measures to ensure the safety of the plaintiff from a resident of whom the defendant knew or should have known had dangerous and violent propensities and was subject to outbursts of a dangerous and violent manner;

      (i) Failed to prevent attacks on the plaintiff by another resident on multiple occasions;

      (j) Failed to properly care for the plaintiff when the Defendant knew or should have known the level of care plaintiff required;

      11.    As a direct and proximate result of one or more of the aforesaid wrongful, careless and negligent acts or omissions of the Defendant, individually and by its employees, agents, and/or assigns, and in consequence thereof, the Plaintiff was then and there severely and permanently injured, and as a result, the Plaintiff, has suffered and will continue to suffer great

pain and disability, and has been compelled to expend and become legally liable for large sums of money for medical services and surgery in endeavoring to become cured of her injuries, and she has, and in the future will be, prevented from living her normal daily life as she had prior to the occurrence.

    WHEREFORE, Plaintiff JUNE SVATOS, by ROBERT SVATOS, as power of attorney, prays for the entry of a judgment against the Defendant, in an amount in excess of SEVENTY FIVE THOUSAND DOLLARS ($75,000), as may be deemed fit to adequately compensate the plaintiff for the injuries sustained, plus the costs in bringing this action.

                                            KURASCH & KLEIN, Ltd.

                                            By: /s/Daniel A. Klein
                                                     Daniel A. Klein

38516
**KURASCH & KLEIN, LTD.**
100 N. LaSalle St., Ste. 2005
Chicago, IL 60602
(312) 372-7250