IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| June Svatos by Robert Svatos, Power of Attorney, Plaintiff, | )<br>)<br>)<br>) Case Number: 09 CV 569 |
| v. | )<br>) Judge Cole |
| Sunrise Senior Living Management, Inc., d/b/a Sunrise of Palos Park, Defendant. | )<br>)<br>) |

### STIPULATION TO DISMISS

It is hereby stipulated and agreed by and between the parties to the above entitled action, acting through their respective attorneys, that said action be dismissed with prejudice and in bar of further action, without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

DATED THIS 8th day of June, 2010.

_____
Attorney for Plaintiff

_____
Attorney for Defendant